# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABD AL-RAHIM HASSAIN MOHAMMED AL-NASHIRI, | ) ) ) | |
| | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-cv-1207 (RCL) |
| BARACK H. OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) ) ) | |

## [PROPOSED] ORDER

Respondent's Opposed Motion for Extension of Time to Respond to Petitioner's Motion for a Preservation Order is hereby ~~GRANTED~~ DENIED.

Respondents shall file their opposition or other response to Petitioner's Motion for a Preservation Order, ECF No. 260, by January 13, 2017.

IT IS SO ORDERED.

Date: 12/28/16

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE